IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN AMERSON,
REG. #13018-076                                                                                            PLAINTIFF

V.                                    2:11-cv-00130-BSM-JTK

T. C. OUTLAW, et al.                                                                                    DEFENDANTS

## ORDER

By Order dated November 17, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 12). Summons was returned, unexecuted, with respect to Defendant Marvin Amerson on December 8, 2011 (Doc. No. 19). Accordingly,

IT IS, THEREFORE, ORDERED that Defendants shall provide to the Court the last-known address of Defendant Marvin Amerson, under seal, within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE