**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARVIN AMERSON,
REG. #13018-076                                                                                                  PLAINTIFF

v.                                          2:11-cv-00130-BSM-JTK

T.C. OUTLAW, et al.                                                                                         DEFENDANTS

**ORDER**

By Order dated November 17, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 12). Summons was returned, unexecuted, with respect to Defendant Gerald Maldonado, Jr. on December 8, 2011 (Doc. No. 19). Defendants have provided a Response to this Court's December 15, 2011 Order, providing Defendant Maldonado's last-known address, under seal (Doc. No. 27). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Gerald Maldonado, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 14) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 23rd day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1