**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARVIN AMERSON,                                                                                   PLAINTIFF
REG. #13018-076

v.                                   2:11-cv-00130-BSM-JTK

UNITED STATES OF AMERICA, et al.                                                     DEFENDANTS

**ORDER**

Plaintiff's Motion to Compel (Doc. No. 47) is DENIED without prejudice. Plaintiff seeks records from a non-party which were requested through the Freedom of Information Act. Defendants have not yet filed an Answer to Plaintiff's Complaint, and were unaware of the requests submitted. (Doc. No. 49).

IT IS SO ORDERED this 1st day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE