**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**MARVIN AMERSON, REG. #13018-076**                              **PLAINTIFF**

**v.**                              **CASE NO. 2:11CV00130 BSM/JTK**

**T. C. OUTLAW et al.**                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a de novo review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' motion to dismiss [Doc. No. 34] is GRANTED in part, with respect to plaintiff's FTCA, Fourteenth Amendment, and APA claims;

2.      Defendants Maldonado and Watts are dismissed;

3.      Defendants' motion to dismiss [Doc. No. 34] is DENIED with respect to plaintiff's Eighth Amendment claims against defendants Outlaw and Smith.

Dated this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE