**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| MARVIN AMERSON,<br>REG. #13018-076 | PLAINTIFF |
| v.       2:11-cv-00130-BSM-JTK | |
| T. C. OUTLAW, et al. | DEFENDANTS |

**ORDER**

Plaintiff's Motion for Extension of Time in which to respond to the Motion to Dismiss filed by Defendants Reynolds and Trigg (Doc. No. 100) is GRANTED. Plaintiff shall file his Response within ten days of the date of this Order. This is the final extension permitted.

The Motion of Defendants Reynolds and Trigg to Stay Discovery, pending resolution of their Motion to Dismiss (Doc. No. 99), is GRANTED.

IT IS SO ORDERED this 12th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE