**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MARVIN AMERSON**
**REG #13018-076**                                                                                **PLAINTIFF**

**V.**                            **NO. 2:11CV00130 BSM/JTK**

**T.C. OUTLAW et al**                                                                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT Mr. Amerson's motion for class certification [Doc. No. 76] is denied.

DATED this 15th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE