IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN AMERSON
REG. #13018-076                                                                                    PLAINTIFF

v.                              CASE NO. 2:11CV00130 BSM

T. C. OUTLAW, et al.                                                                              DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney, along with the filed objections, have been reviewed. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1) The motion to dismiss filed by defendants Reynolds and Trigg, which was construed as a motion for summary judgment [Doc. No. 83], is granted, and plaintiff's claims against defendants Reynolds and Trigg are dismissed with prejudice.

2) The motion for summary judgment filed by defendants Outlaw and Smith [Doc. No. 119] is granted, and plaintiff's claims against them are dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 22nd day of February 2013.

_____
UNITED STATES DISTRICT JUDGE